IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RASHELL R. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-cv-399-WDS-DGW |
| | ) | |
| JOSHUA R. HUBBARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is a Motion for Leave to Withdraw as Attorney filed by James E. Parrot, attorney for Plaintiff Rashell R. Jones (Doc. 23). Attorney Parrot indicates that Plaintiff Rashell R. Jones has failed to respond to his letters and has otherwise failed to communicate or cooperate with him in prosecuting the action. Attorney Parrot seeks to withdraw from representing Plaintiff.

Based upon the representations of Attorney Parrot the Court sets a hearing on the Motion for Leave to Withdraw as Attorney on **April 28, 2011, at 2:00 p.m.,** in the East St. Louis Federal Courthouse. **PLAINTIFF RASHELL R. JONES IS ORDERED TO APPEAR IN-PERSON AT THIS HEARING.**

**Plaintiff's counsel is DIRECTED to notify Plaintiff of this hearing via certified mail, and to file proof of this notification with the Court.** Defendant may, but is not required to appear.

**IT IS SO ORDERED.**

**DATED: March 30, 2011**

**DONALD G. WILKERSON**
**United States Magistrate Judge**