# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RASHELL R. JONES,           )
                                    )

         Plaintiff,          )

                                    )

      v.                     )            **NO. 10-CV-399-WDS**

                                    )

JOSHUA R. HUBBARD,        )

                                    )

         Defendant.       )

                                    )

## ORDER

**STIEHL, District Judge:**

This matter is before the Court on the Report and Recommendations of United States Magistrate Judge Donald G. Wilkerson (Doc. 30). To date, plaintiff Rashell R. Jones has not filed an objection to the recommendations.

Upon review of the record, the Court **ADOPTS** the Report and Recommendations of the magistrate judge. The Court **FINDS** that plaintiff has failed to prosecute this action and failed to comply with the Court's orders. Accordingly, this action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

**DATED:** **June 6, 2011**

                                     **/s/ WILLIAM D. STIEHL**
                                         **DISTRICT JUDGE**